FILED

07 DEC 12 PM 4:49

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAMMY LYNN WHITE (1),<br>FRANK DAVID CATANIA (2),<br>Defendant. | Criminal Case No. '07 CR 3359 JAH<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about November 17, 2007, within the Southern District of California, defendants TAMMY LYNN WHITE and FRANK DAVID CATANIA did knowingly and intentionally import approximately 29.44 kilograms (approximately 64.77 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

//

DDL:fer:Imperial
12/11/07

Count 2

On or about November 17, 2007, within the Southern District of California, defendant TAMMY LYNN WHITE and FRANK DAVID CATANIA did knowingly and intentionally possess, with intent to distribute, approximately 29.44 kilograms (approximately 64.77 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 12, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DAVID D. LESHNER
Assistant U.S. Attorney