**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Ms. White

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JOHN A. HOUSTON**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>**TAMMY LYNN WHITE**,<br><br>Defendant. | CASE NO. **07CR3359-JAH**<br><br>DATE: January 22, 2008<br>TIME: 11:00 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) TO COMPEL DISCOVERY; AND<br>(2) FOR LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY:
PAUL COOK, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on January 22, 2008, or as soon thereafter as counsel may be heard, the defendant, Tammy White, by and through her counsel, Stephen D. Demik and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

**MOTIONS**

The defendant, Tammy White, by and through his attorneys, Stephen D. Demik and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery; and
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 15, 2008

*/s/ Stephen D. Demik*
**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. White

**STEPHEN D. DEMIK**
California Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 / Fax: (619) 687-2666
stephen_demik@fd.org

Attorneys for Ms. White

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**TAMMY LYNN WHITE,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07CR3359-JAH<br><br><br><br>**CERTIFICATE OF SERVICE** |

**I HEREBY CERTIFY** that on January 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Stephen D. Demik*
**STEPHEN D. DEMIK**
California Bar No. 228105
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 234-8467 / Fax: (619) 687-2666
stephen_demik@fd.org
Attorneys for Ms. White

**<u>SERVICE LIST</u>**

**United States v. Tammy Lynn White**
**Case No. 07CR3359-JAH**
**United States District Court, Southern District of California**

Paul Cook, Assistant U. S. Attorney
Paul.Cook@usdoj.gov
[*Service via CM/ECF*]