PS 8
(8/88)

# United States District Court
**for**

FILED
08 JAN 17 PM 12:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

**U. S. A. vs. WHITE, TAMMY LYNN** **Docket No307CR3359-JAH-001**

**Petition for Modification on Conditions of Pretrial Release**

Comes now Jennifer Hom Pretrial Services Officer presenting an official report upon the conduct of defendant WHITE, TAMMY LYNN who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the twentieth day of November, 2007, under the following conditions:

Restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; clear all warrants/FTA's within 60 days of release.

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. The defendant would like to reside at a half-way house or treatment facility as deemed appropriate by Pretrial Services so that she can attend a drug treatment program in San Diego appropriate for her physical needs.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO RESIDE AT A HALF-WAY HOUSE OR TREATMENT FACILITY AS DEEMED APPROPRIATE BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this 16th day of January, 2008, and ordered filed and made a part of the records in the above case.

U.S. District Judge John A. Houston

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/16/08

Respectfully,

Jennifer Hom, U.S. Pretrial Services Officer

Place San Diego, California

Date 01/16/2008