AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

0572?-298
10/22/1968

FILED 2008 JUN -2 AM 8:58 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY KNH DEPUTY

UNITED STATES OF AMERICA
V.
TAMMY LYNN WHITE

**WARRANT FOR ARREST**

**CASE NUMBER:** 07CR3359-JAH-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TAMMY LYNN WHITE
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 05/29/2008
ARRESTED BY picked up by USMS Riverside
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Cesar A Martin

FAILURE TO APPEAR

Importation of Marijuana and Possession of Marijuana with intent to distribute and aiding and abetting.

RECEIVED 2008 JAN 22 A 4:19 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title 21 United States Code, Section(s) 952 & 960; 841(a)(1)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | January 22, 2008 @ San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ No bail by The Honorable John A. Houston
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS I B (FTA)　Medina　DUE 1/25

White, Tammy L. 07CR3359JAH01