UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAMMY LYNN WHITE,<br>Defendant. | Crim. No. 07CR3359 JAH<br>**ORDER RESCHEDULING MOTION HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the motion hearing set for September 8, 2008 before this Court is VACATED and RESCHEDULED for **September 12 at 9:00 a.m. in Courtroom 11.**

DATED: August 25, 2008

JOHN A. HOUSTON
United States District Judge